## CASE ANNOUNCEMENTS
*September 29, 2008*

[Cite as *09/29/2008 Case Announcements #2,* 2008-Ohio-4969.]

## MOTION AND PROCEDURAL RULINGS

**2008–1813. State ex rel. Colvin v. Brunner.**
In Mandamus. Upon consideration of the motions for admission of pro have vice of Neil Bradley, Daniel P. Tokaji, Brenda Wright, Jon Greenbaum, Bob Kengle, Jennifer R. Scullion, and Matthew

Morris on behalf of 1Matters et al., and of Stephen P. Berzon, Stacey Layton, Barbara J. Chisholm, and Peter E. Leekman on behalf of the Ohio American Federation of Labor–Congress of Industrial Organizations and District 1199, Health Care and Social Service Union, Service Employees International Union,

It is ordered by the court that the motions are granted.

# CASE ANNOUNCEMENTS

*September 30, 2008*

[Cite as *09/30/2008 Case Announcements*, 2008-Ohio-4989.]

## MOTION AND PROCEDURAL RULINGS